Whitney C. Wilcher, Esq.
The Wilcher Firm
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
702-466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, ) | Case No.: 2:17-cv-01186-GMN-GWF |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF VOLUNTARY** |
| Midjit Market, Inc., ) | **DISMISSAL WITH PREJUDICE** |
| Defendant. ) | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Kevin Zimmerman, hereby voluntarily dismisses this action with prejudice, each party to bear their own fees and costs.

| | |
|---|---|
| Dated this 23rd day of August, 2017 | Dated this 23rd day of August, 2017 |
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | THE WILCHER FIRM |
| /s/ Eric N. Tran | /s/ Whitney C. Wilcher |
| Joseph P. Garin, Esq.<br>Nevada State Bar No. 6653<br>Eric N. Tran, Esq.<br>Nevada State Bar No. 11876<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Defendant* | Whitney C. Wilcher, Esq.<br>Nevada State Bar No. 7212<br>8465 West Sahara Avenue<br>Suite 111-236<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2017, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of NEF notifications and emailed the same to:

Eric N. Tran, Esq.
Lipson, Neilson, Cole, Seltzer & Garin, P.C.
Nevada State Bar No. 11876
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
etran@lipsonneilson.com

*Attorneys for Defendant*
*Midjit Market, Inc.*